AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
      Sheet 1

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

MAY − 7 2009

JAMES R. LARSEN, CLERK

SPOKANE, WASHINGTON    DEPUTY

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| GREGORY T. LAMB, | Case No.  CR-09-053-CI |
| | USM No. |
| | Jaime Hawk |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| RCW 46.20.342 | Driving While License Suspended | 05/07/2008 | 1 |

☑ Count(s) _2_     ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court. *Due within 120 days of sentencing*

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 25.00 | $ 300.00 |

*UNSUREROVISED probation, 24 hours community service, and 7 months shall not violate federal, state or local law*

Last Four Digits of Defendant's Soc. Sec. No.: _____     05/05/2009

Date of Imposition of Judgment

Defendant's Year of Birth: _____

                                 Signature of Judge

City and State of Defendant's Residence: _____

Cynthia Imbrogno     Magistrate Judge, U.S. District Court

Name and Title of Judge

May 7, 2009

Date